FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY -4 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)  No. 4:18CR 00242 BSM
vs. )
)  18 U.S.C. § 922(g)(1)
ANTOINE LADALE PERKINS )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. Prior to December 22, 2017, the defendant,

ANTOINE LADALE PERKINS,

had previously been convicted as follows:

1. In the United States District Court for the Western District of Arkansas for aiding and abetting armed assault of a postal employee and use of a prohibited weapon during a crime of violence, in criminal case 4:96CR40007-003; and

2. In Pulaski County Circuit Court for possession of cocaine with purpose to deliver and possession of drug paraphernalia, in criminal case CR 11-3685.

B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about December 22, 2017, in the Eastern District of Arkansas,

ANTOINE LADALE PERKINS,

did knowingly possess a firearm in and affecting commerce, to wit, a Norinco, model SKS, 7.62x39 rifle, bearing serial number 10287188A, thereby violating Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of Count 1 of this Indictment, the defendant, ANTOINE LADALE PERKINS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. One (1) Norinco, model SKS, 7.62x39 rifle, bearing serial number 10287188A; and

2. All ammunition seized on December 22, 2017.