# United States District Court
## for the Eastern District of Arkansas

UNITED STATES OF AMERICA       PLAINTIFF

vs.      Case No. 4:18-cr-00242-BSM

Antoine L. Perkins      DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that __Antoine L. Perkins__ appeals to the United States Court of Appeals for the Eighth Circuit from the: ☑ Judgment & Commitment ☐ Order _____ (Specify) entered in this action on __April 16, 2021__.

| | |
|---|---|
| Omar F. Greene | Antoine Ladale Perkins |
| Signature of Defendant's Counsel | Typed Name of Defendant's Counsel |
| 1501 N. University Ave., Suite 255 | 501-244-0002 |
| Street Address    Room Number | Telephone Number |
| Little Rock    AR    72207 | April 17, 2021 |
| City    State    Zip | Date |

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the following on this __17__ day of __April__, 20__21__.

Stephanie Gosnell Mazzanti
Amanda Fields
Assistant United States Attorneys
P.O. Box 1229
Little Rock, AR 72203-1229

Omar F. Greene
Signature of Defendant's Counsel