# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  Case No. 4:18CR00242

ANTOINE LADALE PERKINS

## TRANSCRIPT REQUEST

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

A. Complete one of the following:
- ( ) A transcript is not needed for the appeal.
- ( ) A transcript is already on file.
- (X) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

Request entire transcripts, including voire dire and closing arguments, of the Pretrial Hearing on 09/17/2020; and two-day Jury Trial of 09/21/2020 to 09/22/2020, Docket Entries #

B. I certify that financial arrangements have been made with the reporter. Payment is by:
- ( ) Private funds.
- (X) Government expense (civil case.) A motion for transcript has been submitted to the judge.

SIGNED Omar F. Greene    DATE 04/17/2021    COUNSEL FOR Antoine Perkins

ADDRESS 1501 N. University Ave., Ste. 255, Little Rock, AR 72207

TELEPHONE 501-244-0002