# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                  **CASE NO.  4:18-CR-00242-BSM-1**

**ANTOINE LADALE PERKINS**                                           **DEFENDANT**

## **ORDER**

Antoine Perkins' motion to reduce his sentence [Doc. No. 110] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range.  This is true because the amendment merely reduces his criminal history points from nine to eight, and therefore his criminal history category remains at level IV.

IT IS SO ORDERED this 9th day of January, 2024.

*[signature: Brian S. Miller]*
_____
UNITED STATES DISTRICT JUDGE